IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00316-PAB-MEH

TIMOTHY BROTZMAN, and
BRIDGETT BROTZMAN,

    Plaintiffs,

v.

LIPPET, INC., d/b/a SENOR RIC'S MEXICAN RESTAURANT, and
STARBUCKS CORPORATION, d/b/a STARBUCKS COFFEE COMPANY, LTD.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 16, 2010.**

    Plaintiffs' Amended Unopposed Motion to Allow Second Amended Complaint [filed April 15, 2010; docket #15] is **granted**. The Clerk of the Court is directed to file the Second Amended Complaint found at docket #15-2. Defendants shall file an answer or other response to the Second Amended Complaint in accordance with Fed. R. Civ. P. 15(a).

    The parties are reminded that all documents filed with this Court shall comply with D.C. Colo. LCivR 10.1E and other applicable local rules.