IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00316-PAB-MEH

TIMOTHY BROTZMAN, and
BRIDGETT BROTZMAN,

    Plaintiffs,

v.

LIPPET, INC., d/b/a SENOR RIC'S MEXICAN RESTAURANT, and
STARBUCKS CORPORATION, d/b/a STARBUCKS COFFEE COMPANY, LTD.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 28, 2010.**

    Defendant Starbucks' Unopposed Motion for Forthwith Ruling on Motion to Sever Parties [filed May 27, 2010; docket #34] is **granted**. The Court will adjudicate the pending Motion to Sever Parties on an expedited basis.