IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00316-PAB-MEH

TIMOTHY BROTZMAN, and
BRIDGETT BROTZMAN,

    Plaintiffs,

v.

LIPPET, INC., d/b/a SENOR RIC'S MEXICAN RESTAURANT, and
STARBUCKS CORPORATION, d/b/a STARBUCKS COFFEE COMPANY, LTD.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 7, 2010.**

    Before the Court is Defendant Starbucks Corporation's Unopposed Motion for Leave to Designate Nonparties at Fault [filed October 6, 2010; docket #46], construed as a request for a 5-1/2 month extension of time within which to designate nonparties in this case. Starbucks demonstrates through its motion that it has recently learned through discovery the existence and identity of nonparties potentially at fault in this case. Thus, for good cause shown, the motion is **granted**. Defendant Starbucks shall designate all nonparties at fault in this case on or before December 6, 2010.