IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00316-PAB-MEH

TIMOTHY BROTZMAN, and
BRIDGETT BROTZMAN,

      Plaintiffs,

v.

LIPPET, INC., d/b/a SENOR RIC'S MEXICAN RESTAURANT, and
STARBUCKS CORPORATION, d/b/a STARBUCKS COFFEE COMPANY, LTD.,

      Defendants.

---

# MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 7, 2010.**

The Stipulated Motion to Amend Scheduling Order [filed October 6, 2010; docket #47] is **granted in part and denied in part**. In the interests of judicial economy and efficiency, the Scheduling Order shall be modified as follows:

| | |
|---|---|
| Plaintiffs' expert disclosures due: | December 1, 2010 |
| Defendants' expert disclosures due: | December 15, 2010 |
| Rebuttal expert disclosures due: | January 14, 2011 |
| Discovery cutoff: | February 14, 2011 |
| Dispositive motions deadline: | February 28, 2011 |

In addition, the Final Pretrial Conference scheduled in this case for February 15, 2011 at 9:30 a.m. is hereby **vacated** and **rescheduled** to **April 29, 2011,** at **9:45 a.m.** in Courtroom 203 on the second floor of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

The parties shall submit their proposed pretrial order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures V.L. **no later than five (5) business days** prior to the pretrial conference. The proposed pretrial order to be submitted to the Magistrate Judge under the ECF Procedures must be submitted in a useable format (i.e., WordPerfect or Word only) and shall be emailed to the Magistrate Judge at *Hegarty_Chambers@cod.uscourts.gov*.

Attorneys and/or pro se parties not participating in ECF shall submit their proposed pretrial order on paper to the Clerk's Office. However, if any party in this case is participating in ECF, it is the responsibility of that party to submit the proposed pretrial order pursuant to the District of Colorado ECF Procedures.

**The parties shall prepare the proposed pretrial order in accordance with the form**

**which may be downloaded in richtext format from the forms section of the court's website at www.cod.uscourts.gov. Instructions for downloading in richtext format are posted in the forms section of the website.**

All out-of-state counsel shall comply with D.C. Colo. LCivR 83.3C prior to the pretrial conference.

The parties are further advised that they shall not <u>assume</u> that the court will grant the relief requested in any motion. Failure to appear at a court-ordered conference or to comply with a court-ordered deadline which has not be vacated by court order may result in the imposition of sanctions.

Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show a valid photo identification. *See* D.C. Colo. LCivR 83.2B.