IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00316-PAB-MEH

TIMOTHY BROTZMAN, and
BRIDGETT BROTZMAN,

    Plaintiffs,

v.

LIPPET, INC., d/b/a SENOR RIC'S MEXICAN RESTAURANT, and
STARBUCKS CORPORATION, d/b/a STARBUCKS COFFEE COMPANY, LTD.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 5, 2010.**

    The Joint Motion to Approve Stipulation of Confidentiality [filed November 4, 2010; docket #57] is **denied without prejudice** and the proposed Stipulation of Confidentiality is refused. The parties are granted leave to submit a revised proposed Stipulated Confidentiality Protective Order consistent with *Gillard v. Boulder Valley Sch. Dist.*, 196 F.R.D. 382 (D. Colo. 2000), in which the Court requires a mechanism by which the parties may challenge the designation of information as confidential. *See id.* at 388-89. If the parties decide to re-file a proposed order, they shall provide the Court with a copy of the proposed order in useable format (Word, Word Perfect).