IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00316-PAB-MEH

TIMOTHY BROTZMAN, and
BRIDGETT BROTZMAN,

      Plaintiffs,

v.

LIPPET, INC., d/b/a SENOR RIC'S MEXICAN RESTAURANT, and
STARBUCKS CORPORATION, d/b/a STARBUCKS COFFEE COMPANY, LTD.,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 12, 2010.**

      The Joint Motion for Protective Order [filed November 10, 2010; docket #61] is **denied without prejudice** and the proposed Protective Order is refused for failure to comply with *Gillard v. Boulder Valley Sch. Dist.*, 196 F.R.D. 382, 388-89 (D. Colo. 2000) (the burden is placed on the designating party to show good cause that the information should be treated as confidential). If the parties decide to re-file a proposed order, they shall provide the Court with a copy of the proposed order in useable format (Word, Word Perfect).