IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00316-PAB-MEH

TIMOTHY BROTZMAN, and
BRIDGETT BROTZMAN,

    Plaintiffs,

v.

LIPPET, INC., d/b/a SENOR RIC'S MEXICAN RESTAURANT, and
STARBUCKS CORPORATION, d/b/a STARBUCKS COFFEE COMPANY, LTD.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 24, 2010.**

    The Second Stipulated Motion to Amend Scheduling Order [filed November 23, 2010; docket #64] is **granted in part and denied in part**. To ensure the just, speedy and efficient progression of this litigation, the Court shall modify the Scheduling Order as follows:

| | |
|---|---|
| Plaintiffs' expert disclosures due: | December 20, 2010 |
| Defendants' expert disclosures due: | January 20, 2011 |
| Rebuttal expert disclosures due: | February 10, 2011 |
| Discovery cutoff: | March 1, 2011 |
| Dispositive motions deadline: | March 10, 2011 |

All other deadlines and conference dates shall remain the same. The Court will allow no further extensions of time absent a showing of exceptional cause.