IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-00316-PAB-MEH

TIMOTHY BROTZMAN, and
BRIDGETT BROTZMAN,

    Plaintiffs,

v.

LIPPET, INC., d/b/a Senor Ric's Mexican Restaurant, and
STARBUCKS CORPORATION, d/b/a Starbucks Coffee Company, Ltd.,

    Defendants.

_____

ORDER
_____

    This matter is before the Court on the unopposed motion to dismiss without prejudice plaintiffs' claims under the Americans with Disabilities Act ("ADA") against defendant Starbucks Corporation ("Starbucks") [Docket No. 72]. The Court being fully advised in the motion's premises, it is

    **ORDERED** that the unopposed motion to dismiss without prejudice plaintiffs' claims under the ADA against defendant Starbucks [Docket No. 72] is GRANTED. It is further

    **ORDERED** that plaintiffs' fourth claim for relief entitled "Violations of the Americans with Disabilities Act - Starbucks" is DISMISSED without prejudice, each party to pay its own costs and fees with regard to the same. It is further

**ORDERED** that, to the extent any other allegations within plaintiffs' second amended complaint [Docket No. 18] can be construed to allege a claim for violation of the ADA by defendant Starbucks, such claim is DISMISSED without prejudice, each party to pay its own costs and fees with regard to the same.

DATED January 5, 2011.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge